Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 E. Colorado Boulevard
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
esamulon@pottercohenlaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PAUL GUTSCHOW, ) | Case No.: CV 10-07831 SS |
| ) | |
| Plaintiff, ) | **ORDER AWARDING EQUAL** |
| ) | **ACCESS TO JUSTICE ACT** |
| vs. ) | **ATTORNEY FEES PURSUANT TO** |
| ) | **28 U.S.C. § 2412(d)** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $809.60 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 8, 2011         _____/s/_____
                             HONORABLE SUZANNE SEGAL
                             UNITED STATES MAGISTRATE JUDGE

-1-